**Reinstated, Dismissed, and Opinion Filed October 26, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01215-CV

### IN RE TEXAS HEALTH RESOURCES, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-02252**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Whitehill
Opinion by Justice Whitehill

Before the Court is relator's October 24, 2016 unopposed motion to reinstate and dismiss

original proceeding. We **GRANT** the motion, **ORDER** this original proceeding reinstated as of

this date, and **DISMISS** the original proceeding.


/s/Bill Whitehill/
BILL WHITEHILL
JUSTICE

161215F.P05